UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                   Case No. 15-40446

   Penny S Ragan

           Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/30/2015.

2) The plan was confirmed on 03/18/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/30/2016.

5) The case was dismissed on 12/02/2016.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $5,470.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,631.15 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$2,631.15**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $495.94 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $121.51 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$617.45**

Attorney fees paid and disclosed by debtor:   $490.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARONS | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| AARONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 2,200.00 | 1,994.00 | 1,994.00 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | NA | 147.16 | 147.16 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 320.00 | 319.83 | 319.83 | 0.00 | 0.00 |
| ECONOMY INTERIORS INC | Unsecured | 900.00 | 126.69 | 126.69 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 0.00 | 388.84 | 388.84 | 0.00 | 0.00 |
| MICHAEL R NAUGHTON | Unsecured | 1,100.00 | 1,357.67 | 1,357.67 | 0.00 | 0.00 |
| PETTY CASH OF ILLINOIS | Unsecured | 2,000.00 | 1,888.64 | 1,888.64 | 0.00 | 0.00 |
| PRAIRIE RIDGE TOWNHOMES ASSOC | Unsecured | 9,500.00 | 8,909.61 | 8,909.61 | 0.00 | 0.00 |
| PRESTIGE FINANCIAL SERVICES | Secured | 9,950.00 | 9,950.00 | 9,950.00 | 1,695.03 | 318.67 |
| PRESTIGE FINANCIAL SERVICES | Unsecured | NA | 4,769.07 | 4,769.07 | 0.00 | 0.00 |
| AT&T/ENHANCED RECOVERY COMP | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RICHARD CHOBAR | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE COMPANY OF IL | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| SUN TIMES/MERCHANTS CREDIT GU | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| PLANET FITNESS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| WOOD FOREST BANK | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| TMT MANAGEMENT GROUP/FIFTH T | Unsecured | 1,350.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| ENTERGY ARKANSAS INC/SOUTHER | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| HONOR FINANCE CORPORATION | Unsecured | 4,550.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL MEDICINE AND FAMILY P | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| KAHUNA PAYMENT SOLUTIONS/LAW | Unsecured | 1,760.00 | NA | NA | 0.00 | 0.00 |
| MB FINANCIAL BANK | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| NUWAY DISPOSAL | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CANTERBURY HOUSE APARTMENTS | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE BANK | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO TRIBUNE/MERCHANTS CR | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| CHUCK BRETZ & ASSOC/COLLECTIO | Unsecured | 1,380.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK/CHARTER ONE/UNIV | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| COMCAST/STELLAR RECOVERY INC | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE/CREDIT PROTECT | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| THE SUMMIT CENTER | Unsecured | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| VERIZON | Unsecured | 0.00 | 1,055.28 | 1,055.28 | 0.00 | 0.00 |
| WELLS FARGO BANK | Unsecured | 320.00 | 322.22 | 322.22 | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 700.00 | 2,139.83 | 2,139.83 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,950.00 | $1,695.03 | $318.67 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,950.00** | **$1,695.03** | **$318.67** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$23,518.84** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $617.45 |
| Disbursements to Creditors | $2,013.70 |
| **TOTAL DISBURSEMENTS :** | **$2,631.15** |

**UST Form 101-13-FR-S (9/1/2009)**

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/02/2017        By: /s/ Glenn Stearns
                                                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**